IN THE MATTER OF THE ESTATE OF EMMA MARTIN, ALSO KNOWN AS EMILY MARTIN AND EMILIE MARTIN, DECEASED.

No. 4494.

July 6, 1966.

RICHARDSON, C.J., CASSIDY, WIRTZ, LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing filed herein on June 27, 1966, is denied without argument.

*Robert M. Rothwell* (*Hoddick, Rothwell & Chang*) for the petition.